UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:22-cv-02227-SDM-SPF

PROCCOR PHARMACEUTICALS, INC.,

    Plaintiff,

v.

WORLD HEALTH PRODUCTS, LLC
d/b/a GAT SPORT and VITAMIN SHOPPE
INDUSTRIES LLC, d/b/a THE VITAMIN
SHOPPE,

    Defendants.
_____/

## NOTICE OF ATTORNEY APPEARANCE

The law firm of McHale & Slavin, P.A. hereby gives notice of the appearance of Andrew D. Lockton, of the aforesaid law firm, as counsel for the Defendants in the above-styled action, and accordingly requests that copies of all filings in this action be served on him at the address listed below.

    Respectfully submitted,

    McHALE & SLAVIN, P.A.

    /s/ Andrew D. Lockton
    Andrew D. Lockton (FBN: 115519)
    Edward F. McHale (FBN: 190300)
    2855 PGA Boulevard
    Palm Beach Gardens, Florida 33410
    Telephone:  (561) 625-6575
    Facsimile:  (561) 625-6572
    E-mail:    litigation@mchaleslavin.com

    *Attorneys for the Defendants*

1