# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

Case No. 8:22-cv-02227-SDM-SPF

PROCCOR PHARMACEUTICALS, INC.,

       *Plaintiff*,

v.

WORLD HEALTH PRODUCTS, LLC dba GAT SPORT and VITAMIN SHOPPE INDUSTRIES LLC dba THE VITAMIN SHOPPE,

       *Defendants*.

_____/

## PLAINTIFF'S PARTIALLY UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN RESPONSE TO DEFENDANT'S OPPOSITION [DOC. 119] TO PLAINTIFF MOTION TO AMEND PRAYER FOR RELIEF [DOC 110]

Plaintiff, Proccor Pharmaceuticals, Inc. ("Plaintiff") respectfully requests, pursuant to Local Rule 3.01(d), that the Court grant it leave to file a reply to the Opposition (Doc. 119) filed by Defendants, World Health Products, LLC d/b/a GAT Sport and Vitamin Shoppe Industries, LLC d/b/a The Vitamin Shoppe (collectively, "Defendants"), in response to the Plaintiff's motion to amend prayer for relief. [Doc 110].

A reply is necessary because the Opposition [Doc. 119] presents new legal

arguments, new legal issues and new alleged facts which are not raised in the Motion [Doc 110].  Plaintiff requests leave to file a concise reply brief of up to seven (7) pages, as permitted by Local Rule 3.01(d), which is less than half the length of the Opposition filed by the Defendants, to be filed within 7 days of being granted leave to do so.

## MEMORANDUM OF LAW

A reply is needed and appropriate. The Motion seeks merely to add clarifying language to Plaintiff's demand for  damages measured by a reasonable royalty in three of the prayers for relief of the Second Amended Complaint. The Defendants' Opposition does not simply respond to that issue. It also raises many new alleged facts and legal arguments regarding whether Plaintiff is using a flavor as a trademark and whether Plaintiff has a protectible trademark. [Doc. 119 at pp. 3, 17-20] Defendants have made extensive arguments on those issues and purported to support the arguments with alleged facts. Moreover, Defendants Opposition went far beyond responding to cases cited by Plaintiff in its Motion and Memorandum and introduced substantial additional case law.  A reply responding to these new factual and legal arguments would assist the court in reviewing and deciding the Motion. Under these circumstances there is good cause to permit Plaintiff to file a reply. *Montgomery Bank, N.A. v. Alico Road Business Park, LP*, No. 2:13-cv-802-FtM-29CM, 2014 WL 3828406 *3 (M.D. Fla. August

10. 2014) (finding good cause to permit the filing of a reply where it would benefit the court's review of the pending motion and the opposing party's response appeared to raise new arguments and law.)

For these reasons Plaintiff requests leave to file a seven (7) page reply to Defendants' Opposition [Doc. 119], to be filed within 7 days of an Order granting Plaintiff leave to file a Reply.

## **LOCAL RULE 3.01(g) CERTIFICATION**

I certify that I conferred with counsel for the Defendants Andrew Lockton regarding the relief sought in this motion by email and that he has authorized me to represent the following concerning Plaintiff's request for leave to file a Reply: "While Defendants do not believe this [addressing Defendants' argument that Freedom Pop is only a flavor and that it is not a trademark] constitutes new facts or arguments which could not have been addressed in the Motion, Defendants will not file an opposition to the request for a three (3) page reply limited to this issue."

Dated:  July 13, 2023

By:    /s/ *G. Donovan Conwell, Jr.*
          G. Donovan Conwell, Jr.
          Florida Bar No.: 0371319
          **CONWELL BUSINESS LAW, LLLP**
          12610 Race Track Road, Suite 200
          Tampa, FL 33626
          Tel. (813) 282-8000, Fax: (813) 855-2631
          dconwell@conwellbusinesslaw.com
          eservice@conwellbusinesslaw.com
          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of July 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send an Electronic Mail notification of same to all counsel of record.

/s/ *G. Donovan Conwell, Jr.*
G. Donovan Conwell, Jr.