# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE NO. 8:22-cv-2227-SDM-SPF            DATE: August 2, 2023

HONORABLE: SEAN P. FLYNN, U.S. MAGISTRATE JUDGE

PROCCOR PHARMACEUTICALS, INC.            George Conwell
                                         Attorney for Plaintiff

v.

WORLD HEALTH PRODUCTS LLC, et al         Edward McHale
                                         Andrew Lockton
                                         Attorneys for Defendants

COURTROOM DEPUTY: Eric Calderon          COURTROOM: 11 B

INTERPRETER / LANGUAGE: N/A

TIME: 10:00 – 10:45            TOTAL: 0:45        COURT RPTR: Digital

PROCEEDINGS: DISCOVERY HEARING

Defendants filed Motions for Protective Orders.
Plaintiff filed a Memorandum in Opposition.
Defendants filed a Reply.

Plaintiff filed a Motion to Compel.
Defendants filed a Response in Opposition.
Plaintiff has filed Reply.

The parties did not present any witnesses.

Court hears oral arguments.

Court: grants Motion to Compel in part, Defendant to provide Plaintiff Deposition dates by 8/9/23.

Court: Motions Protective Orders are granted in part and denied in part.

Court Order to follow.