UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

    Plaintiff,

v.                                           Case No. 8:22-cv-2227-SDM-SPF

WORLD HEALTH PRODUCTS, LLC
d/b/a GAT SPORT, and VITAMIN
SHOPPE INDUSTRIES LLC d/b/a
THE VITAMIN SHOPPE,

    Defendants.
_____/

**ORDER**

In this trademark infringement and unfair competition case, these filings are before the Court: Defendant GAT Sport's motion for protective order (Doc. 106), Defendant The Vitamin Shoppe's motion for protective order (Doc. 107), Plaintiff's memorandum in opposition to both motions (Doc. 116), and Defendants' joint reply (Doc. 126); and Plaintiff's motion to compel (Doc. 122), Defendants' joint response (Doc. 130), and Plaintiff's reply (Doc. 140). The Court held a hearing on the motions on August 2, 2023. For the reasons stated at the hearing, the Court **ORDERS**:

    (1) Plaintiff's Motion to Compel (Doc. 122) is **GRANTED** in part and **DENIED** in part. By August 9, 2023, Defendants are directed to provide Plaintiff's counsel dates for the depositions of Thomas Mattura, Alyson Dorsten, Olivia Hotar, and Jack Gayton. By the parties' agreement, Mr. Mattura's deposition

will occur first. After his deposition, the parties are directed to confer regarding the necessity of the remaining three depositions.

(2) Defendants' Motions for Protective Order (Docs. 106, 107) are **GRANTED** in part and **DENIED** in part. Plaintiff is permitted to depose Defendants' Rule 30(b)(6) representatives regarding any United States trademark licensing agreements for product name or flavor that Defendants' have entered into in the past 10 years. Beyond this narrowed scope, Plaintiff's proposed Rule 30(b)(6) deposition topic #10 (GAT Sport) and topic #5 (Vitamin Shoppe) seek matter that is irrelevant and not proportional to the needs of the case.

(3) The parties' cross motions for sanctions are **DENIED**. The parties are cautioned that before filing another motion, they must confer in a good faith effort to resolve the issue. L.R. 3.01(g), M.D. Fla. (2021). Failure to meaningfully confer will result in a sanctions award against the violating party.

ORDERED in Tampa, Florida, on August 2, 2023.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE