UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

    Plaintiff,

v.                                          CASE NO. 8:22-cv-2227-SDM-SPF

WORLD HEALTH PRODUCTS,
LLC, et al.,

    Defendants.
_____/

**ORDER**

    As directed by an earlier order, the parties jointly propose (Doc. 144) new deadlines for each remaining case management deadline. With the following exceptions, the parties must conform to the proposed deadlines (Doc. 144-1). No later than **FEBRUARY 9, 2023**, the parties must conduct the final pre-trial meeting. No later than **FEBRUARY 16, 2023**, the parties must submit the joint final pretrial statement, any motion in limine, the proposed jury instructions, and the verdict form. The final pre-trial conference will occur on **FEBRUARY 28, 2024, at 10:00 A.M.** The trial is scheduled for the **MARCH 2024** trial term.

    ORDERED in Tampa, Florida, on August 21, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE