UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

    Plaintiff,

v.                                                                        Case No. 8:22-cv-2227-SDM-SPF

WORLD HEALTH PRODUCTS, LLC
d/b/a GAT SPORT, and VITAMIN
SHOPPE INDUSTRIES LLC d/b/a
THE VITAMIN SHOPPE,

    Defendants.
_____/

## ORDER

This cause is before the Court *sua sponte*. On May 3, 2023, attorneys Kaspar Kielland and Matteo Bonuzzi moved for and were granted leave to appear *pro hac vice* on behalf of Defendants GAT Sport and The Vitamin Shoppe (Docs. 82, 83). As a condition of appearing *pro hac vice*, the Court directed Kielland and Bonuzzi to comply with the e-registration requirements of Local Rule 2.01(b)(1)(G), M.D. Fla., within 21 days (Doc. 83). They have not. On July 26, 2023, August 3, 2023, and October 13, 2023, the Clerk notified the attorneys of this failure to comply, to no avail (Docs. 138, 143, 148). Therefore, by October 20, 2023, Attorneys Kielland and Bonuzzi are directed to either comply with the Court's Order (Doc. 83) and the Clerk's Notices (Docs. 138, 143, 148) or show cause why the Court should not revoke their *pro hac vice* status.

ORDERED in Tampa, Florida, on October 13, 2023.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE