UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PROCCOR PHARMACEUTICALS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>WORLD HEALTH PRODUCTS, LLC dba GAT SPORT and VITAMIN SHOPPE INDUSTRIES LLC, dba THE VITAMIN SHOPPE<br><br>   Defendants. | Case No. 8:22-cv-02227-SDM-SPF |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

      Plaintiff, Proccor Pharmaceuticals, Inc., pursuant to Local Rule 3.01(h) requests oral argument on Defendants' Motion for Summary Judgment. There are a large number of legal issues raised by Plaintiff's Motion and Plaintiff believes that oral argument would be of assistance to the Court. Plaintiff believes that One Hour is the amount of time necessary to hear Defendants' Motion for Summary Judgment.

Dated:  December 19, 2023

                              By:   /s/ *G. Donovan Conwell, Jr.*
                                    G. Donovan Conwell, Jr.
                                    Florida Bar No.: 0371319
                                    **CONWELL BUSINESS LAW, LLLP**
                                    12610 Race Track Road, Suite 200
                                    Tampa, FL 33626
                                    Tel. (813) 282-8000, Fax: (813) 855-2631
                                    dconwell@conwellbusinesslaw.com

eservice@conwellbusinesslaw.com  
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 19th day of December 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send an Electronic Mail notification of same to all counsel of record.