UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

    Plaintiff,

v.                                              CASE NO. 8:22-cv-2227-SDM-SPF

WORLD HEALTH PRODUCTS, LLC,
and VITAMIN SHOPPE INDUSTRIES,
LLC,

    Defendants.
_____/

**ORDER**

An earlier order (Doc. 177) allows each party to respond in a paper not exceeding twenty-five pages. In brazen violation of the earlier order, the defendants respond (Doc. 178) in a thirty-two-page paper. The response is **STRICKEN**. No later than **DECEMBER 29, 2023**, the defendants may respond in accord with the earlier order (Doc. 177). The defendants' counsel is **ADMONISHED** for this conduct and advised to conform to applicable rules and orders.

After an earlier order (Doc. 177) timely resolves a "time-sensitive" motion, the plaintiff moves (Doc. 181) unopposed to extend the time within which the plaintiff may respond to the defendants' motion for summary judgment. Because the docket reveals that the plaintiff responded (Doc. 182), the motion (Doc. 181) is **DENIED AS MOOT**.

Edward F. McHale's and Andrew D. Lockton's motion (Doc. 175) to withdraw as counsel for the defendants is **GRANTED**. Each attorney is **WITHDRAWN** as counsel. The clerk must terminate each attorney from the service list.

The plaintiff moves (Docs. 169 and 183) for oral argument on each party's motion for summary judgment.  Each motion is **DENIED**.

ORDERED in Tampa, Florida, on December 21, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE