# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF
# FLORIDA TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

Plaintiff,

v.                                                   Case No. 8:22-cv-02227-SDM-SPF

WORLD HEALTH PRODUCTS, LLC dba GAT
SPORT and VITAMIN SHOPPE INDUSTRIES,
INC., dba THE VITAMIN SHOPPE

Defendants.

**DEFENDANTS WORLD HEALTH PRODUCTS, LLC d/b/a GAT SPORT AND VITAMIN SHOPPE INDUSTRIES, INC. , d/b/a THE VITAMIN SHOPPE'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE THE TESTIMONY OF NEIL SMITH (Dkt. No. 180).**

Defendants World Health Products, LLC ("GAT Sports") and Vitamin Shoppe Industries, Inc. ("TVS"), hereby file this unopposed motion, pursuant to Loc. R. 3.01(d), requesting leave to file a short reply brief in response to Plaintiff's Opposition to Defendants' Motion *in Limine* to Dkt. No. 180.

The proposed reply brief will aid the Court in its resolution of the underlying motion. See, *Short v. Immokalee Water & Sewage Dist.*, No. 2:18-cv-124-FtM-38CM, 2019 U.S. Dist. LEXIS 230131, at *2 (M.D. Fla. Jan. 23, 2019)(granting leave to file a reply brief where the reply would aid judicial resolution of the underlying motion); and see, *Promenades Mall (E&A), Ltd. Liab. Co. v. Allstate Ins. Co.*, No. 2:08-cv-475-FtM-29SPC, 2008 U.S. Dist. LEXIS 125839, at *3 (M.D. Fla. Aug.

12, 2008)("The purpose of a reply brief is to rebut any new law or facts contained in the oppositions response to a request for relief before the Court.") For example, it will address that Plaintiff's opposition ignores recent amendments to Fed. R. Evid. 702(d)(effective December 1, 2023) regarding the Plaintiff's burden of proof on the admissibility of expert testimony and why Plaintiff's argument that Defendants' objections go to weight is wrong.  The recent amendment now expressly states that before an expert may testify, the proponent must establish by a preponderance of evidence that "expert's opinion reflects a reliable application of the principles and methods ***to the facts of the case***". Fed. R. Evid. 702(d). The reply will address how the myriad of facts of record that Mr. Smith ignored in his report—such as emails, social media posts and web pages of Plaintiff utilizing "Freedom Pop" as a flavor descriptor- were mischaracterized by Plaintiff. And, it will establish how Plaintiff's arguments have not carried Plaintiff's burden to establish Mr. Smith's reliability.

It will also address the fact that Plaintiff's opposition misstates Defendants' witnesses testimony on an issue that Mr. Smith's report does not consider or address—that Defendants' employees testified that "Freedom Pop" is not a flavor. Docket No. 180, p. 10.; Docket No. 186 pp. 3-4 of 7. This amounts to counsel argument rather than a defense of the admissibility of Mr. Smith's opinion given Mr. Smith's report ignores the testimony entirely.

134056275.1

Lastly, the reply will address the Plaintiff's argument (Dkt. No. 180, p. 9 of 14) that the flavor of Plaintiff's product is irrelevant. The flavor of Plaintiff's product, and the use to which Plaintiff itself put the phrase "Freedom Pop" highly probative of the claims and defenses in this case which is why Mr. Smith's failure to even acknowledge them is so fatal to the admissibility of his testimony

In light of these issues with Plaintiff's opposition, a short seven (7) page reply brief will aid in resolution of the underlying motion to preclude Mr. Smith's testimony.

### LOCAL RULE 3.01(g) CERTIFICATION

I certify that I conferred by with counsel for the Plaintiff, G. Donovan Conwell, Jr., regarding the relief sought in this motion and that the relief requested herein will not be opposed.

Respectfully Submitted this 9th day of January, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP
*/s/ Patrick C. Campbell*
Patrick C. Campbell (*pro hac vice*)
Alexander D. MacMullan (*pro hac vice*)
550 E. Swedesford Road, Suite 270
Wayne, Pennsylvania 19087
Telephone:  (215) 977-4077
Email: patrick.campbell@lewisbrisbois.com
alexander.macmullan@lewisbrisbois.com
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send an Electronic Mail notification of same to all counsel of record.

134056275.1