UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

Plaintiff,

v.                                                            Case No. 8:22-cv-02227-SDM-SPF

WORLD HEALTH PRODUCTS, LLC dba GAT
SPORT and VITAMIN SHOPPE INDUSTRIES,
INC., dba THE VITAMIN SHOPPE

Defendants.

**DEFENDANTS WORLD HEALTH PRODUCTS, LLC AND VITAMIN SHOPPE INDUSTRIES, INC. 's UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION *IN LIMINE* TO PRECLUDE THE TESTIMONY OF NEIL BEATON (Dkt. No. 179).**

Defendants World Health Products, LLC ("GAT Sports") and Vitamin Shoppe Industries, Inc. ("TVS"), hereby file this unopposed motion, pursuant to Loc. R. 3.01(d), requesting leave to file a short seven (7) page reply brief in response to Plaintiff's Opposition to Defendants' Motion *in Limine* to Dkt. No. 179.

The proposed reply brief will aid the Court in its resolution of the underlying motion. See, *Short v. Immokalee Water & Sewage Dist.*, No. 2:18-cv-124-FtM-38CM, 2019 U.S. Dist. LEXIS 230131, at *2 (M.D. Fla. Jan. 23, 2019)(granting leave to file a reply brief where the reply would aid judicial resolution of the underlying motion); and see, *Promenades Mall (E&A), Ltd. Liab. Co. v. Allstate Ins. Co.*, No. 2:08-cv-475-FtM-29SPC, 2008 U.S. Dist. LEXIS 125839, at *3 (M.D. Fla. Aug.

134056334.1   1

12, 2008)("The purpose of a reply brief is to rebut any new law or facts contained in the oppositions response to a request for relief before the Court.")

For example, it will address that Plaintiff's opposition ignores recent amendments to Fed. R. Evid. 702(d)(effective December 1, 2023) regarding the Plaintiff's burden of proof on the admissibility of expert testimony and why Plaintiff's argument that Defendants' objection go to weight is wrong.

It will also address Plaintiff's argument that Mr. Beaton was not required to perform a *Georgia Pacific* analysis and how, even if we assume he was not, Mr. Beaton's analysis was insufficient as a matter of law because he failed to explain how hardly any of the factors impacted his analysis. See, *Exmark Mfg. Co. Inc. v. Briggs & Stratton Power Prods. Grp., LLC*, 879 F.3d 1332, 1349-50 (Fed. Cir. 2018)(royalty expert should have been precluded because "[n]o-where in her report, … did she tie the relevant *Georgia-Pacific* factors to the 5% royalty rate or explain how she calculated a 5% royalty rate using these factors."). It will further address the argument that Plaintiff makes that even though he did not apply Georgia-Pacific, Mr. Beaton actually mirrored enough of the *Georgia Pacific* factors. Specifically it will refute that even inadvertently Mr. Beaton analyzed nine factors.

It will also address that the factors Plaintiff admits Mr. Beaton ignored, such as  actual sale price of Nitraflex®, the profit margin on Nitraflex®, industry licensing standards and the value added to Nitraflex® by the phrase "Freedom

Pop", are the critical factors for a case seeking a 102% royalty rate. See, generally, *Exmark Mfg. Co. v. Briggs & Stratton Power Prods. Grp, LLC*, supra at 1348, 2018 U.S. App. LEXIS 783, *29 (noting that the essential purpose of the hypothetical royalty exercise is to arrive at a number that reflects incremental value that the licensed mark adds to the end product.)

Lastly, it will address the misstatement that Mr. Beaton satisfactorily explained why and how his experience is a sufficient basis for his opinion. *Unleashed Magazine, Inc. v. Orange County*, 2008 U.S. Dist. LEXIS 113383, *26-27 (M. D, Fla. 2008)

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that I conferred by with counsel for the Plaintiff, G. Donovan Conwell, Jr., regarding the relief sought in this motion and that the relief requested herein will not be opposed.

Respectfully Submitted this 9th day of January, 2024.

> LEWIS BRISBOIS BISGAARD & SMITH LLP
> */s/ Patrick C. Campbell*
> Patrick C. Campbell (*pro hac vice*)
> Alexander D. MacMullan (*pro hac vice*)
> 550 E. Swedesford Road, Suite 270
> Wayne, Pennsylvania 19087
> Telephone:  (215) 977-4077
> Email: patrick.campbell@lewisbrisbois.com
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send an Electronic Mail notification of same to all counsel of record.

134056334.1   3