UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

    Plaintiff,

v.                                                              Case No. 8:22-cv-2227-SDM-SPF

WORLD HEALTH PRODUCTS, LLC
d/b/a GAT SPORT, and VITAMIN
SHOPPE INDUSTRIES LLC d/b/a
THE VITAMIN SHOPPE,

    Defendants.
_____/

## ORDER

The Court held a final pretrial conference in this case on February 28, 2024. As directed by the Court, the parties filed an amended joint pretrial statement (Doc. 224). It is

**ORDERED**:

1. This Pretrial Order shall control the course of trial and may be modified only to prevent manifest injustice. *See* Fed. R. Civ. P. 16(e). The Case Management and Scheduling Order (Doc. 40) is incorporated herein to the extent it does not conflict with this Order.

2. The parties' Amended Pretrial Statement (Doc. 224) is approved. All pleadings filed prior to the Amended Pretrial Statement are merged herein. The Amended Pretrial Statement constitutes the final statement of all claims, affirmative defenses, counterclaims, and relief sought. Any claim or defense not included in the Amended Pretrial Statement is deemed abandoned and waived. No objections to evidence based on discovery issues will be considered at trial, absent an express reservation by the Court.

3. This case was set for a four-to-five-day jury trial during the March 2024 trial term (as may be rolled into subsequent trial terms) in Courtroom 15A, United States Courthouse, 801 North Florida Avenue, Tampa, before United States District Judge Steven D. Merryday.

4. The parties have filed their proposed jury instructions, verdict forms, and voir dire (Docs. 196, 200, 201, 204, 207, 210) as well as trial briefs (Docs. 208, 209). No later than five days prior to the start of the trial term, the parties shall also file a concise (preferably one paragraph) joint statement of the action for presentation to the venire.

5. On the first day of trial, the parties should provide the Courtroom Deputy Clerk with a drive containing each party's exhibits. Each exhibit file shall be saved in a PDF format and identified by a file name listing the exhibit number. Additionally, the parties shall produce the original of their exhibits as necessary to be offered in evidence, or otherwise tendered to any witness during trial and two copies for the Court. All exhibits shall be appropriately pre-marked.

6. The parties are advised that the jury panel will consist of eight jurors and that all jurors will participate in the deliberations and verdict. Fed. R. Civ. P. 48.

7. Counsel shall immediately notify chambers or the Courtroom Deputy Clerk if their case has settled. *See* L.R. 3.09(a), M.D. Fla. Notices of settlement must also be filed in writing.

8. Attorneys permitted to practice law in the Middle District of Florida may bring personal electronic devices into the courthouse by presenting to the courthouse security a valid Florida Bar identification or *pro hac vice* order. L.R. 7.02(a), M.D. Fla.

9.

**DONE AND ORDERED** in Tampa, Florida, on March 22, 2024.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE