## UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

    Plaintiff,

v.                                                                Case No. 8:22-cv-02227-SDM-SPF

WORLD HEALTH PRODUCTS, LLC dba GAT
SPORT and VITAMIN SHOPPE INDUSTRIES
LLC, dba THE VITAMIN SHOPPE

    Defendants.

## TIME SENSITIVE-EXPEDITED CONSIDERATION REQUESTED

## JOINT MOTION FOR A CONTINUANCE OF THE TRIAL DATE AND/OR TO SET DATE CERTAIN FOR TRIAL AND SUPPORTING MEMORANDUM

Plaintiff, Proccor Pharmaceuticals, Inc., and Defendants, World Health Products, LLC, d/b/a GAT Sport ("GAT") and Vitamin Shoppe Industries LLC, d/b/a The Vitamin Shoppe, jointly move the Court for an Order providing the Parties with a continuance of the trial date and/or a date certain for the trial currently scheduled for the trial term beginning November 4, 2024, and state as follows:

1.    On October 30, 2024, the Court entered an Order setting the instant matter for trial during the trial month beginning November 4, 2024. (D.E. 248.)

148251832.1

2.      The Pretrial Conference in this matter is currently scheduled for November 6, 2024.  This is the second pretrial conference in this matter.

3.      While the Parties appreciate that the Court's calendar leaves very little room for advance notice of trial, the Parties respectfully request that such advance notice be given in light of the nature of this case and the number of out of state witnesses that are expected to testify.

4.      At trial, the Defendants intend to call at least two witnesses who are located in Connecticut (Jay Klein and Scott Ornstein) and one witness who is located in Texas (Max Fairchild). These witness will need to make flight and other arrangements to attend trial in person.

5.      Additionally, Defendants' counsel is located in Pennsylvania and will need to travel and make other arrangements to attend trial in Florida.

6.      Plaintiff's counsel has recently been diagnosed with COVID and Bronchitis. The symptoms, especially a severe, persistent cough, make it impossible for him to participate in a trial at this time. Moreover, other people in the court room should not be subjected to potential contamination with the COVID virus from exposure to Plaintiff's counsel. Plaintiff's counsel is hopeful that this will no longer be an issue within the next seven to ten days and will keep the court informed of his condition.

7. Additionally, Plaintiff's counsel is unavailable to attend trial on November 22, 2024 because he will be in a half day evidentiary hearing before Judge Kathryn Kimball Mizelle on a motion for preliminary injunction in a matter pending before this court: Delivery Kick Holdings, Inc. v. RJ Brooksher LLC, Case No. 8:24-cv-01506-KKM-NHA. The order scheduling the evidentiary hearing was entered on October 23, 2024.

8. Plaintiff's two expert witnesses are from San Francisco, California and Seattle, Washington. Neither witness can be here for trial prior to November 18, 2024 because of scheduling conflicts in other matters.

9. Defendant's counsel is currently unavailable to attend trial on the following dates in November:

- November 7-10, 2024: Pre-paid vacation to Michigan;

- November 18, 2024: Hearing on post-trial motion in *Mill City Mortgage Loan Trust 2019-I v. Irrgang*, No. 2021-01715-RC, Court of Common Pleas, Chester County, Pennsylvania (Binder, J.) (Order dated-September 4, 2024);

- November 19, 2024: Pretrial conference in *Bridget and Burns v. Cardona*, No. 2023-06180-CT, Court of Common Pleas, Chester County, Pennsylvania (Binder, J.) (Order dated  October 3, 2024);

- November 22: Hearing on motion for sanctions in *218 Wayne LLC v. Radnor Township*, No. CV-2022-002234, Court of Common Pleas, Chester County, Pennsylvania (Eckel, J.) (Order dated October 18, 2024); and

- December 12, 2024: Settlement Conference in *Shukla v. Bayada Home Health Care*, U. S. D. C. D. NJ 1:23-cv-03663-CPO-EAP (Pascal, J.) (Order October 28, 2024).

10.     Mr. Ornstein has pre-paid travel plans for the Thanksgiving Holiday from November 25-December 1, and Mr. Klein has his family in town for those same dates.

11.     Mr. Klein is out of the country from December 24-January 3, 2025.

12.     Mr. Ornstein is exploring surgery for excruciating back pain December 16-January 6, 2025.

13.     It is both proper and, at times, necessary for courts to fix a date certain when matters before it are to be heard. *Creative Dimensions in Management, Inc. v. Thomas Group, Inc.*, No. CIV-96-6318, 1999 WL 165686 (E.D. Pa. 1999). Additionally, it is proper for a party in a matter pending before a United States District Court to seek a date certain for trial when appropriate under the circumstances. *Lenteck International, Inc. v. Sharper Image Corp.*, 169 F. Supp.2d 1360, 1363 (M.D. Fla. 2001); *Pillsbury Co., Inc. v. W. Carrollton Parchment Co., Inc.*, No. 1:01-CV-1476-WBH, 2009 WL 10669650, at *8 (N.D. Ga. Apr. 30, 2009) ("Regarding Plaintiff's motion for a date certain, the motion will be granted to the extent the parties must jointly submit to this Court three dates on which the parties are available to commence."). United States District Courts have the power and the inherent authority to grant motions that request a date certain. *Id.*

14.     The parties will coordinate a trial date with Chambers.

15.     Given the nature of this case and the number of out-of-state witnesses, the Parties respectfully request that the Court enter an Order for a continuance of the trial date and/or setting trial for a date certain, and whatever further relief the Court deems just and proper.

Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Patrick C. Campbell*
Patrick C. Campbell (*pro hac vice*)
Alexander D. MacMullan (*pro hac vice*)
550 E. Swedesford Road, Suite 270
Wayne, Pennsylvania 19087
Telephone:  (215) 977-4077
patrick.campbell@lewisbrisbois.com
alexander.macmullan@lewisbrisbois.com
*Counsel for Defendants*

*/s/ G. Donovan Conwell, Jr.*
G. Donovan Conwell, Jr.
Florida Bar No.: 0371319
CONWELL BUSINESS LAW, LLLP
12610 Race Track Road, Suite 200
Tampa, FL 33626
Tel. (813) 282-8000,
Fax: (813) 855-2631
dconwell@conwellbusinesslaw.com
eservice@conwellbusinesslaw.com
*Counsel for Plaintiff*

DATED: October 31, 2024

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of October 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send an Electronic Mail notification of same to all counsel of record.

By:    /s/ *G. Donovan Conwell, Jr.*
        G. Donovan Conwell, Jr.
        Florida Bar No.: 0371319
        **CONWELL BUSINESS LAW, LLLP**
        12610 Race Track Road, Suite 200
        Tampa, FL 33626
        Tel. (813) 282-8000, Fax: (813) 855-2631
        dconwell@conwellbusinesslaw.com
        eservice@conwellbusinesslaw.com
        *Counsel for Plaintiff*

DATED: October 31, 2024