## UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

   Plaintiff,

v.

WORLD HEALTH PRODUCTS, LLC dba GAT SPORT and VITAMIN SHOPPE INDUSTRIES LLC, dba THE VITAMIN SHOPPE

   Defendants.

Case No. 8:22-cv-02227-SDM-SPF

## DEFENDANT VITAMIN SHOPPE INDUSTRIES LLC'S SUGGESTION OF BANKRUPTCY

Defendant Vitamin Shoppe Industries LLC's ("Defendant") respectfully submits this Suggestion of Bankruptcy.

1. Defendant suggests to this Court that, on November 4, 2024 it filed a petition in bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District Delaware and given no. 24-12521-JTD ("the Bankruptcy Proceeding").

2. A true and correct copy of Defendant's Voluntary Petition for Non-Individuals Filing for Bankruptcy is attached as Exhibit A.

3.  Respectfully, any further adjudication of the claims against Defendant in this proceeding is stayed by the provisions of the "automatic stay" in effect under Defendant's Bankruptcy Proceeding pursuant to 11 USC § 362(a).

Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Patrick C. Campbell
Patrick C. Campbell (pro hac vice)
Alexander D. MacMullan (pro hac vice)
550 E. Swedesford Road, Suite 270
Wayne, Pennsylvania 19087
Telephone:  (215) 977-4077
patrick.campbell@lewisbrisbois.com
alexander.macmullan@lewisbrisbois.com
*Counsel for Defendants*

Date:  November 5, 2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of November, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send an Electronic Mail notification of same to all counsel of record.

Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Patrick C. Campbell
Patrick C. Campbell (pro hac vice)
Alexander D. MacMullan (pro hac vice)
550 E. Swedesford Road, Suite 270
Wayne, Pennsylvania 19087
Telephone:  (215) 977-4077
patrick.campbell@lewisbrisbois.com
alexander.macmullan@lewisbrisbois.com
*Counsel for Defendants*

Date:  November 5, 2024