UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

    Plaintiff,

v.

                                                                 CASE NO. 8:22-cv-02227-SDM-SPF

WORLD HEALTH PRODUCTS, LLC, et al

    Defendants.
_____/

## **ORDER**

Alleging trademark infringement and unfair competition, Proccor Pharmaceuticals, Inc. sues (Doc. 92) World Health Products, LLC and Vitamin Shoppe Industries LLC. Because the bankruptcy court discharged Vitamin Shoppe's debt to Proccor and enjoined continuation of this action against Vitamin Shoppe, Proccor moves (Doc. 265) to dismiss the claims against Vitamin Shoppe (Counts III and IV) so that Proccor may proceed with the claims (Counts I, II, and V) against World Health Products. The motion is GRANTED.

ORDERED in Tampa, Florida, on November 4, 2025.

                                                                 STEVEN D. MERRYDAY
                                                                 UNITED STATES DISTRICT JUDGE