UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROCCOR PHARMACEUTICALS, INC.,

    Plaintiff,

v.                                                    CASE NO. 8:22-cv-02227-SDM-SPF

WORLD HEALTH PRODUCTS, LLC,

    Defendant.
_____/

## ORDER

    World Health Products, LLC, moves (Doc. 267) "to address various issues raised by" an order (Doc. 266) dismissing Vitamin Shoppe Industries, LLC, from the action. World Health Products requests that Proccor Pharmaceuticals, Inc.: (1) revise the amount of damages sought; (2) update the disclosures on damages; (3) update the other disclosures and produce documents about new licensing information; (4) produce documents about new licensing agreements; (5) secure the testimony of additional witnesses; (6) update the pretrial memorandum and related filings; and (7) forfeit the right to a jury trial. Proccor responds. (Doc. 271) A review of the motion reveals that most of the requested relief bears no relation to Vitamin Shoppe's dismissal but instead attempts to relitigate previously decided issues and to resume discovery despite the expiration of the discovery deadline. The motion (Doc. 267) is **GRANTED-IN-PART AND DENIED-IN-PART.** No later than **DECEMBER 8, 2025,** the parties must **UPDATE** the pretrial memorandum, jury instructions, verdict

form, exhibit lists, and deposition designations to account for Vitamin Shoppe's dismissal from the action.

ORDERED in Tampa, Florida, on December 2, 2025.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE