UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROCCOR PHARMACEUTICALS,
INC.,

    Plaintiff,

v.

                                          CASE NO. 8:22-cv-02227-SDM-SPF

WOLRD HEALTH PRODUCTS, LLC,

    Defendant.
_____/

**ORDER**

Alleging trademark infringement and unfair competition, Proccor Pharmaceuticals, Inc. sues (Doc. 92) World Health Products, LLC. After an order denied (Doc. 272) the defendant's motion (Doc. 267) for miscellaneous relief to the extent that the motion "attempts to relitigate previously decided issues and to resume discovery despite the expiration of the discovery deadline," the defendant moves (Doc. 279) again to "reopen discovery." The plaintiff responds (Doc. 280) in opposition.

The motion is **GRANTED-IN-PART** and **DENIED-IN-PART**. The defendant may (1) depose Max Fairchild *de ben esse* for no longer than two hours; (2) obtain supplemental disclosure under Rule 26(e), Federal Rules of Civil Procedure, limited to the terms of any licensing of the FREEDOM POP trademark to a third party after September 29, 2023; and (3) move *in limine* no

later than **FEBRUARY 9, 2026**, to clarify the consequences of intervening legal authority and the termination of the Vitamin Shoppe from the action, but not to relitigate any issue already decided on the merits. Discovery is otherwise closed, and each party must bear its own fees and costs.

**ORDERED** in Tampa, Florida, on January 26, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE